United States District Court
Southern District of Texas
**ENTERED**
February 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-223 |
| | § | |
| 2005 PILATUS AIRCRAFT BEARING | § | |
| TAIL NO. N679PE | § | |

### ENTRY OF DEFAULT AND FINAL
### JUDGMENT OF FORFEITURE BY DEFAULT

Pending before the Court is the Plaintiff's Motion for Entry of Default and Final Judgment of Forfeiture by Default (D.E. 102) under Rule 55 of the Federal Rules of Civil Procedure. Having considered the motion, response,[1] and the applicable law, the Court determines that the motion should be GRANTED.

The Court makes the following findings regarding this forfeiture action:

1.  Proper notice of this forfeiture action was served on all persons known to have a potential interest in the 2005 Pilatus Aircraft, bearing tail number N679PE ("Defendant Property") in accordance with Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

2.  Proper notice of this forfeiture action was posted on the official internet government forfeiture site for at least thirty (30) consecutive days in accordance with

---

[1] Claimants' response summarily references their objection to the claims being dismissed pursuant to the Court adopting the Memorandum and Recommendation of the Magistrate Judge. Those matters having been specifically addressed by this Court in a written order (D.E. 101) need not be addressed again.

Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

    3.    Claimant Pablo Zarate Juarez withdrew his claim. (D.E. 82, 103).

    4.    The claims of Pablo Zarate Juarez, Premier International Holdings, Ltd., and Viza Construction, L.L.C. have been dismissed pursuant to this Court's Order dated January 25, 2016. (D.E. 101).

    5.    There is no claim or answer on file challenging the forfeiture of Defendant Property.

    6.    The Complaint for Forfeiture *In Rem* against Defendant Property sets forth sufficient evidence to establish the forfeiture of Defendant Property by a preponderance of the evidence.

Accordingly, it is ORDERED:

    1.    That any person or entity who could assert an interest in Defendant Property is held in Default;

    2.    That final judgment of forfeiture by default is entered in favor of the United States of America and against Defendant Property and all potential claimants;

    3.    That a 2005 Pilatus Aircraft, bearing tail number N679PE ("Defendant Property") is hereby forfeited to the United States of America with all right, title, and interest in the Defendant Property vesting in the United States of America;

    4.    That the United States of America shall dispose of the Defendant Property in accordance with applicable law.

THIS IS A FINAL JUDGMENT.

ORDERED this 19th day of February, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE